IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL KHALIFAH ROULHAC, :
    Plaintiff : CIVIL NO. 1:12-CV-311
:
  v. : (Judge Caldwell)
:
R.M. LAWLER, *et al.*, : (Magistrate Judge Carlson)
    Defendants :

*O R D E R*

AND NOW, this 3rd day of June, 2013, upon consideration of the report (Doc. 35) of the magistrate judge, filed May 2, 2013, and the lack of objections thereto, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 35) is adopted.

    2. The motion (Doc. 19) to dismiss filed by defendants, Jeffrey Beard, Fisher, Johnson, R. M. Lawler, Susan E McNaughton, and Mary Lou Showalter is granted.

    3. The motion (Doc. 20) to dismiss filed by defendant, Michael W. Curley, is granted.

    4. The motion (Doc. 25) to dismiss for lack of personal jurisdiction filed by defendant, Hackley Lakeshore Hospital, is granted.

    5. Within twenty-one (21) days of the date of this order, Plaintiff may file an amended complaint setting forth his claims with sufficient factual specificity.

    6. If Plaintiff fails to comply with paragraph 5 of this order, this action will be dismissed.

                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge