UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL KHALIFAH ROULHAC, :
    Plaintiff :
: 
v. : CIVIL NO. 1:12-cv-0311
:
R.M. LAWLER, *et al.*, :
    Defendants. :

*O R D E R*

AND NOW, this 6th day of August, 2014, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 80), filed July 16, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 80) is ADOPTED.

    2. Defendants' motions to dismiss or, in the alternative, for summary judgment (Docs. 54, 61) are both GRANTED.

    3. Plaintiff's complaint (Doc. 1) and his amended complaint (Doc. 45) are DISMISSED WITH PREJUDICE against all remaining defendants. Leave to amend the claims will be denied as futile.

    4. The Clerk of Court shall close this file.

                                      /s/ William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge